1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY A. CHANDLER,

11          Plaintiff,                    No. CIV S-11-0526 EFB P

12          vs.

13   GARY LEWIS,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18          A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24          Here, most defendants are located in Pelican Bay State Prison and the claim arose in

25   Crescent City, California which is in the Northern District of California. 28 U.S.C. § 84(a).

26   ////

Therefore, in the interest of justice, this action is transferred to the United States District Court for the Northern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

DATED:  March 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE