IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY A. CHANDLER, | ) | No. C 11-1082 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| GREG LEWIS, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/2/11

LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Chandler082jud.wpd